Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax:  (702) 384-0394
E-mail: Lstone@shookandstone.com

Attorneys for Plaintiff
Larry Eric Carness

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LARRY ERIC CARNESS,                    ) Case No.: 2:24-cv-00089-BNW
                                       )
            Plaintiff,                 ) STIPULATION AND PROPOSED
                                       ) ORDER FOR THE AWARD AND
      vs.                              ) PAYMENT OF ATTORNEY FEES
                                       ) AND EXPENSES PURSUANT TO
                                       ) THE EQUAL ACCESS TO JUSTICE
MARTIN O'MALLEY,                       ) ACT, 28 U.S.C. § 2412(d) AND
Commissioner of Social Security,       ) COSTS PURSUANT TO 28 U.S.C. §
                                       ) 1920
            Defendant.                 )
                                       )
_____       )

      TO THE HONORABLE BRENDA WEKSLER, MAGISTRATE JUDGE

OF THE DISTRICT COURT:

      IT IS HEREBY STIPULATED, by and between the parties through their

undersigned counsel, subject to the approval of the Court, that Larry Eric Carness

("Carness") be awarded attorney fees in the amount of SEVENTY TWO

-1-

1  HUNDRED dollars ($7,200.00) under the Equal Access to Justice Act (EAJA), 28

2  U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.  This amount represents

3  compensation for all legal services rendered on behalf of Plaintiff by counsel in

4  connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

5       After the Court issues an order for EAJA fees to Carness, the government

6  will consider the matter of Carness's assignment of EAJA fees to Marc Kalagian.

7  The retainer agreement containing the assignment is attached as exhibit 1.

8  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the

9  assignment will depend on whether the fees are subject to any offset allowed under

10  the United States Department of the Treasury's Offset Program.  After the order for

11  EAJA fees is entered, the government will determine whether they are subject to

12  any offset.

13       Fees shall be made payable to Carness, but if the Department of the

14  Treasury determines that Carness does not owe a federal debt, then the government

15  shall cause the payment of fees, expenses and costs to be made directly to Law

16  Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed

17  by Carness.[1]  Any payments made shall be delivered to Law Offices of Lawrence

18  D. Rohlfing, Inc., CPC. Counsel agrees that any payment of costs may be made

19  either by electronic fund transfer (ETF) or by check.

20       This stipulation constitutes a compromise settlement of Carness's request

21  for EAJA attorney fees, and does not constitute an admission of liability on the part

22  of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall

23  constitute a complete release from, and bar to, any and all claims that Carness

24

25  _____

26  [1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

and/or Marc Kalagian including Law Offices of Lawrence D. Rohlfing, Inc., CPC, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Marc Kalagian and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC, to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: October 15, 2024    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*

BY:_____
Marc V. Kalagian
Attorney for plaintiff
LARRY ERIC CARNESS

DATE: October 15, 2024    JASON M. FRIERSON
United States Attorney

/s/ *Jeffrey E. Staples*

_____
JEFFREY E. STAPLES
Special Assistant United States Attorney
Attorneys for Defendant
MARTIN O'MALLEY, Commissioner of Social
Security (Per e-mail authorization)

**ORDER**

Approved and so ordered:

DATE:  10/16/2024

_____
THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

-3-

## DECLARATION OF MARC V. KALAGIAN

I, Marc V. Kalagian, declare as follows:

1.  I am an attorney at law duly admitted to practice before this Court in this case.  I represent Larry Eric Carness in this action.  I make this declaration of my own knowledge and belief.

2.  I attach as exhibit 1 a true and correct copy of the retainer agreement with Larry Eric Carness containing an assignment of the EAJA fees.

3.  I attach as exhibit 2 a true and correct copy of the itemization of time in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this October 15, 2024, at Santa Fe Springs, California.


/s/ *Marc V. Kalagian*

_____

Marc V. Kalagian

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 12631 East Imperial Highway, Suite C-115, Santa Fe Springs, California  90670.

On this day of October 15, 2024, I served the foregoing document described as STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Mr. Larry Eric Carness
6500 W Charleston Blvd, Unit 515
Las Vegas, NV 89146

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Fe Springs, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of this court at whose direction the service was made.

Marc V. Kalagian   ____                     /s/ *Marc V. Kalagian*_____
TYPE OR PRINT NAME                                                    SIGNATURE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:24-CV-00089-BNW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 15, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system, except the plaintiff served herewith by mail.

/s/ *Marc V. Kalagian*

_____

Marc V. Kalagian
Attorneys for Plaintiff

| *Larry Carness* | | | |
|---|---|---|---|
| | | | |
| | Social Security case | | |
| | Responsible Attorney: Marc V. Kalagian (MVK) at $252.72 | | |
| | Associate Attorney: Monica Perales (MP) at $252.72 | | |
| | Paralegal:  Enedina Perez (EP), Evelyn Gil (EG) at $179 | | |
| | | | |
| | | | |
| **DATE:** | **TIME:** | **PLGL:** | **DESCRIPTION:** |
| 11-Jan-24 | 0.5 | EP | receipt of IFP forms, review for IFP eligibility and preparation of related forms for filing |
| 5-Jan-24 | 0.2 | EP | 2nd request for fee waiver and related forms |
| 22-Jan-24 | 0.2 | EP | preparation of client letter with DC status |
| 17-Apr-24 | 0.7 | EP | receipt of transcript; preparation of memorandum to MP/MVK regarding same and notice of appearance |
| 19-Apr-24 | 0.3 | EP | preparation of client letter with DC status |
| 29-Feb-24 | 0.05 | EP | receipt of order granting extension |
| 25-Jul-24 | 0.05 | EP | receipt and processing of Defendant's brief |
| 9-Aug-24 | 0.3 | EP | preparation of client letter with DC status |
| 17-Sep-24 | 0.05 | EP | receipt of remand order and judgment and processing |
| 24-Sep-24 | 0.3 | EG | preparation of letter to client re: results |
| 1-Oct-24 | 0.3 | EP | preparation of letter to AC re: results |
| | | | |
| Subtotals | 2.95 | | $528.05 |
| | | | |
| **DATE:** | **TIME:** | **ATTY:** | **DESCRIPTION:** |
| 10-Dec-23 | 0.9 | MP | review of ALJ unfavorable decision |
| 21-Dec-23 | 0.3 | MVK | Conversation with MP regarding taking case to District Court |
| 21-Dec-23 | 0.5 | MP | preparation of letter to client regarding District Court |
| 21-Dec-23 | 0.2 | MP | preparation of fee waiver questionnaire and fee waiver form |
| 10-Jan-24 | 1.2 | MP | preparation of complaint to review the final decision of the Commissioner |
| 10-Jan-24 | 0.3 | MVK | review and edit of the complaint |
| 17-May-24 | 0.2 | MVK | preparation of plaintiff's extension request |
| 17-May-24 | 0.05 | MVK | preparation of email to defendant re: plaintiffs extension |
| 17-May-24 | 0.05 | MVK | receipt of email from defendant re: plaintiff's extension |

| Date | Hours | Atty | Description |
|---|---|---|---|
| 22-Jun-24 | 2.7 | MP | review of the Administrative Record in preparation of Plaintiff's brief (1,088 pages), research issues, and exclusions of issues |
| 22-Jun-24 | 3.9 | MP | preparation of Plaintiff's brief |
| 24-Jun-24 | 3.3 | MP | review of the Administrative Record in preparation of Plaintiff's brief (1,088 pages), research issues, and exclusions of issues |
| 24-Jun-24 | 4.4 | MP | preparation of Plaintiff's brief |
| 24-Jun-24 | 0.5 | MVK | review and edit of Plaintiff's brief |
| 8-Aug-24 | 5.5 | MP | review defendant's brief and preparation of reply |
| 8-Aug-24 | 0.3 | MVK | review and edit of Plaintiff's reply |
| 18-Sep-24 | 0.7 | MVK | review of remand order and judgment |
| 11-Oct-24 | 0.3 | MVK | letter to client re EAJA |
| 11-Oct-24 | 0.7 | MVK | preparation of letter to regional counsel regarding EAJA fees and costs |
| | 0.5 | MVK | Preparation of EAJA stip |
| | | | |
| Subtotals | 26.50 | | $6,681.69 |
| | | | |
| SORENSON V. MINK CALCULATIONS | | | |
| | | | |
| 2023 | 1.90 | $244.62 | $464.78 |
| 2024 | 24.60 | $252.72 | $6,216.91 |
| | | | |
| | **TOTAL TIME** | | **29.45** |
| | | | |
| | **LODESTAR** | | **$7,209.74** |

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## SOCIAL SECURITY REPRESENTATION AGREEMENT

This agreement was made on December 5, 2022, by and between the Law Offices of Lawrence D. Rohlfing, Inc., CPC referred to as attorney and **Mr. Larry Eric Carness**, S.S.N.          **3304**, herein referred to as Claimant.

　　1. Claimant employs and appoints Law Offices of Lawrence D. Rohlfing, Inc., CPC to represent Claimant as Mr. Larry Eric Carness's Attorneys at law in a Social Security claim regarding a claim for disability benefits and empowers Attorney to take such action as may be advisable in the judgment of Attorney, including the taking of judicial review.

　　2. In consideration of the services to be performed by the Attorney and it being the desire of the Claimant to compensate Attorney out of the proceeds shall receive **25% of the past due benefits** awarded by the Social Security Administration to the claimant or **such amount as the Commissioner may designate under 42 U.S.C. § 406(a)(2)(A) which is $7,200.00 as of November 30, 2022**, whichever is smaller, upon successful completion of the case **at or before a first hearing decision from an ALJ**. If the Claimant and the Attorney are unsuccessful in obtaining a recovery, Attorney will receive no fee. This matter is subject expedited fee approval except as stated in ¶3.

　　3. The provisions of ¶ 2 only apply to dispositions at or before a first hearing decision from an ALJ. The fee for successful prosecution of this matter is **25% of the past due benefits awarded upon reversal of any unfavorable ALJ decision for work before the Social Security Administration**. Attorney shall petition for authorization to charge this fee in compliance with the Social Security Act for all time whether exclusively or not committed to such representation.

　　4. If this matter requires judicial review of any adverse decision of the Social Security Administration, the fee for successful prosecution of this matter is **a separate 25% of the past due benefits awarded upon reversal of any unfavorable ALJ decision for work before the court**. Attorney shall seek compensation under the Equal Access to Justice Act and such amount shall credit to the client for fees otherwise payable for that particular work. Client shall endorse such documents as are needed to pay Attorney any amounts under the EAJA and assigns such fee awards to Attorney.

　　5. Claimant shall pay all costs, including, but not limited to costs for medical reports, filing fees, and consultations and examinations by experts, in connection with the cause of action.

　　6. Attorney shall be entitled to a reasonable fee; notwithstanding the Claimant may discharge or obtain the substitution of attorneys before Attorney has completed the services for which he is hereby employed.

　　7. Attorney has made no warranties as to the successful termination of the cause of action, and all expressions made by Attorney relative thereto are matters of Attorney's opinion only.

　　8. This Agreement comprises the entire contract between Attorney and Claimant. The laws of the State of California shall govern the construction and interpretation of this Agreement except that federal law governs the approval of fees by the Commissioner or a federal court. Business and Professions Code § 6147(a)(4) states "that the fee is not set by law but is negotiable between attorney and client."

　　9. Attorney agrees to perform all the services herein mentioned for the compensation provided above.

　　10. Client authorizes attorney to pay out of attorney fees and without cost to client any and all referral or association fees to James T. Crytzer not to exceed 25% of fees and without adding to any fees owed by Claimant.

　　11. The receipt from Claimant of ___none___ is hereby acknowledged by attorney to be placed in trust and used for costs.

It is so agreed.

_/s/ Larry Carness_
Mr. Larry Eric Carness

_/s/ Monica Perales_
Law Offices of Lawrence D. Rohlfing, Inc., CPC
Monica Perales

_/s/ Marc V. Kalagian_
Marc V. Kalagian